*Wales*, for defendant below.

—➤➤➤❀❀❀⧸⧸⧸◅—

JACOB DERRICKSON *vs.* JOHN L. MORRIS' Adm'r.

A receipt in full, though strong evidence, is not conclusive.

CASE. Declaration on a promissory note. Plea, payment. Issue. This was an action on a note given by Thomas Conwell and John L. Morris, as his surety, to Derrickson, the plaintiff, for $180, dated 25th March, 1827, and payable in instalments. all of which fell due before 25th March, 1831. On the back of the note was credited $64 83 *in full;* and Conwell produced the following receipt:

Received, 5th August, 1833, of Thomas Conwell, $64 83, *in full of all demands* up to this date.

                 (Signed,)      JACOB DERRICKSON.

The defendant also proved the payment by plaintiff of a medical account to John L. Morris, after this note fell due.

On the part of the plaintiff, it was shown that the calculation was made and receipt written by a third person; that Derrickson was an illiterate man; and it was contended that this payment was in full of the *interest* up to the date, and that no part of the principal had been paid. The interest due at the time amounted to the sum paid.

*The Court* charged the jury that a receipt in full of all demands was very strong evidence that the money had been paid, but *not conclusive*, if the party signing the receipt can satisfy the jury that there was a mistake, or any other matter showing that payment to the amount had not in fact been made. *Roscoe Ev.* 36.

                 The plaintiff had a verdict.

*Gray*, for plaintiff.
*Gilpin* and *J. A .Bayard*, for defendant.